IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| NATIONAL HORSEMEN'S BENEVOLENT AND PROTECTIVE ASSOCIATION, et al.<br>Plaintiffs,<br>v.<br><br>JERRY BLACK; KATRINA ADAMS; LEN COLEMAN; NANCY COX; JOSEPH DUNFORD; FRANK KEATING; KEN SCHANZER; the HORSERACING INTEGRITY AND SAFETY AUTHORITY, INC.; the FEDERAL TRADE COMMISSION; REBECCA KELLY SLAUGHTER, in her official capacity as Acting Chair of the Federal Trade Commission; ROHIT CHOPRA, in his official capacity as Commissioner of the Federal Trade Commission; NOAH JOSHUA PHILLIPS, in his official capacity as Commissioner of the Federal Trade Commission; and CHRISTINE S. WILSON, in her official capacity as Commissioner of the Federal Trade Commission,<br>Defendants. | No. 5:21-CV-00071-H |

## AMERICAN QUARTER HORSE ASSOCIATION'S MOTION
## FOR LEAVE TO PARTICIPATE IN ORAL ARGUMENT

TO THE HONORABLE JAMES WESLEY HENDRIX, UNITED STATES DISTRICT JUDGE PRESIDING:

Comes now, Amicus Curiae—American Quarter Horse Association ("hereinafter "AQHA")—, by counsel, W. Wade Arnold and Autum Flores, and respectfully moves this Court for leave to present oral argument at the hearing scheduled for February 16, 2022. In support of this motion, Amicus, AQHA, states:

1.   On May 17, 2021, Amicus, AQHA, was granted leave to file an amicus curiae brief and to proceed without local counsel.

2.   On May 17, 2021, Amicus, AQHA, amicus curiae brief was filed in support of the Plaintiffs' First Amended Complaint for Declaratory and Injunctive Relief and Motion for Partial Summary Judgment and In Opposition to Defendants' Motion to Dismiss.

3. On January 11, 2022, this Court issued an Order setting oral argument on pending dispositive motions for February 16, 2022 (Doc. 65). Said Order provides that Amici may move this Court for leave to participate and present oral argument at the February 16, 2022 hearing.

4. Amicus, AQHA, respectfully moves for leave to participate in the oral argument and requests that thirty (30) minutes be allotted for its presentation/oral argument.

5. Amicus, AQHA, is a professional association of licensed veterinarians specializing in the treatment, health, and welfare of the racehorse. It is a Kentucky based 501 (c) (6) non-profit organization established in 2015 dedicated to advancing the health and welfare of the racehorse through evidence-based medicine and the continuing education of the professionals and public involved with the sport. It is the only trade organization that is comprised solely of the veterinarians charged with the health and welfare of the equine racing athlete. AQHA represents racetrack veterinary practitioners in all horseracing jurisdictions that are licensed by both state veterinarian licensing agencies as well as state racing commissions and regulators.

6. In light of the substantial interest of Amicus, AQHA, in the pending matters before this Court, and its unique perspective, oral argument and presentation of the views of AQHA would be of material assistance to this Court.

This motion should be granted and Amicus Curiae, American Quarter Horse Association, should be permitted to participate in oral argument at the hearing scheduled for February 16, 2022.

        Respectfully submitted,

        Autum L. Flores
        State Bar No. 24081205
        W. Wade Arnold
        State Bar No. 00783561
        UNDERWOOD LAW FIRM
        P.O. Box 9158
        Amarillo, Texas  79105-9158
        (806) 376-5613; Fax:  (806) 379-0316
        wwa@uwlaw.com
        autum.flores@uwlaw.com

By:    */s/ Autum L. Flores*
        Autum L. Flores

        ATTORNEYS FOR AMICUS CURIAE
        AMERICAN QUARTER HORSE ASSOCIATION

## CERTIFICATE OF SERVICE

      I hereby certify that on this date I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court, the electronic filing system sent a "Notice of Electronic Filing" to all attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

        */s/ Autum L. Flores*
        Autum L. Flores