UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| NATIONAL HORSEMEN'S BENEVOLENT AND PROTECTIVE ASSOCIATION, et al., <br><br> Plaintiffs, <br><br> THE STATE OF TEXAS and THE TEXAS RACING COMMISSION, <br><br> Intervenor-Plaintiffs, <br><br> v. <br><br> JERRY BLACK, et al., <br><br> Defendants. | No. 5:21-CV-071-H |

## ORDER

Before the Court is the plaintiffs' Scheduling Proposal for Preliminary Injunction, the defendants' response, and the plaintiffs' reply. Dkt. Nos. 117; 119; 120. Having considered the parties' respective positions, the Court orders the following briefing schedule: the defendants' responses are due by March 29, 2023, and the plaintiffs' replies are due by April 12, 2023. The Court will set a hearing date, if necessary, at a later time.

So ordered on March 10, 2023.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE