AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

Nat'l Horsemen's Benevolent & Protective Ass'n, et al. )
*Plaintiff* )
v. ) Case No. 5:21-cv-00071-H
Jerry Black, et al. )
*Defendant* )

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

National Horsemen's Benevolent & Protective Ass'n and its twelve affiliates.

Date: 04/24/2023

/s/ Daniel R. Suhr
*Attorney's signature*

WI 1056658
*Printed name and bar number*

747 N LaSalle Street, Suite 210
Chicago, IL 60654
*Address*

danielsuhrncjl@gmail.com
*E-mail address*

(414) 588-1658
*Telephone number*

*FAX number*