UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

NATIONAL HORSEMEN'S
BENEVOLENT AND PROTECTIVE
ASSOCIATION, et al.,

    Plaintiffs,

THE STATE OF TEXAS and THE
TEXAS RACING COMMISSION,

    Intervenor-Plaintiffs,

v.

JERRY BLACK, et al.,

    Defendants.

No. 5:21-CV-071-H

## ORDER

Before the Court is the Horsemen plaintiffs' Motion for Injunction Pending Appeal (Dkt. No. 185) and the responses by the FTC defendants (Dkt. No. 187) and the Authority defendants (Dkt. No. 188). The Horsemen plaintiffs must file a reply, if any, by 5:00 pm on May 15, 2023.

So ordered on May 12, 2023.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE