# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

June 30, 2025



Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

Re: Texas, et al.
v. Jerry Black, et al.
No. 24-465
(Your No. 23-10520)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is granted. The judgment is vacated, and the case is remanded to the United States Court of Appeals for the Fifth Circuit for further consideration in light of *FCC* v. *Consumers' Research*, 606 U. S. ___ (2025).

The judgment or mandate of this Court will not issue for at least thirty-two days pursuant to Rule 45. Should a petition for rehearing be filed timely, the judgment or mandate will be further stayed pending this Court's action on the petition for rehearing.

Sincerely,

Scott S. Harris, Clerk

# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

July 01, 2025

Ms. Karen S. Mitchell
Northern District of Texas, Lubbock
United States District Court
1205 Texas Avenue
Room C-209
Lubbock, TX 79401

    No. 23-10520    Natl Horsemen's Benevolent v. Black
                         USDC No. 5:21-CV-71
                         USDC No. 5:23-CV-77

Dear Ms. Mitchell,

Enclosed is a copy of the Supreme Court order granting certiorari.

                Sincerely,

                LYLE W. CAYCE, Clerk

                By: _____
                Casey A. Sullivan, Deputy Clerk
                504-310-7642

# Supreme Court of the United States
## Office of the Clerk
### Washington, DC 20543-0001

June 30, 2025

Scott S. Harris
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130



Re: Horseracing Integrity and Safety Authority, Incorporated, et al., Petitioners,
v. National Horsemen's Benevolent and Protective Association, et al.
No. 24-433
(Your No. 23-10520)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is granted. The judgment is vacated, and the case is remanded to the United States Court of Appeals for the Fifth Circuit for further consideration in light of *FCC* v. *Consumers' Research*, 606 U. S. ___ (2025).

The judgment or mandate of this Court will not issue for at least thirty-two days pursuant to Rule 45. Should a petition for rehearing be filed timely, the judgment or mandate will be further stayed pending this Court's action on the petition for rehearing.

Sincerely,

Scott S. Harris, Clerk

## *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

July 01, 2025

Ms. Karen S. Mitchell
Northern District of Texas, Lubbock
United States District Court
1205 Texas Avenue
Room C-209
Lubbock, TX 79401

    No. 23-10520   Natl Horsemen's Benevolent v. Black
                          USDC No. 5:21-CV-71
                          USDC No. 5:23-CV-77

Dear Ms. Mitchell,

Enclosed is a copy of the Supreme Court order granting certiorari.

                      Sincerely,

                      LYLE W. CAYCE, Clerk

                      By: _____
                      Casey A. Sullivan, Deputy Clerk
                      504-310-7642

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

June 30, 2025

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130



Re: National Horsemen's Benevolent and Protective Association, et al.
v. Horseracing Integrity and Safety Authority, Inc., et al.
No. 24-472
(Your No. 23-10520)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is granted. The judgment is vacated, and the case is remanded to the United States Court of Appeals for the Fifth Circuit for further consideration in light of *FCC* v. *Consumers' Research*, 606 U. S. ___ (2025).

The judgment or mandate of this Court will not issue for at least thirty-two days pursuant to Rule 45. Should a petition for rehearing be filed timely, the judgment or mandate will be further stayed pending this Court's action on the petition for rehearing.

Sincerely,

Scott S. Harris, Clerk

# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

July 01, 2025

Ms. Karen S. Mitchell
Northern District of Texas, Lubbock
United States District Court
1205 Texas Avenue
Room C-209
Lubbock, TX 79401

    No. 23-10520    Natl Horsemen's Benevolent v. Black
                           USDC No. 5:21-CV-71
                           USDC No. 5:23-CV-77

Dear Ms. Mitchell,

Enclosed is a copy of the Supreme Court order granting certiorari.

                      Sincerely,

                      LYLE W. CAYCE, Clerk

                      By: _____
                      Casey A. Sullivan, Deputy Clerk
                      504-310-7642

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

June 30, 2025



Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

Re: Gulf Coast Racing, L.L.C., et al.
v. Horseracing Integrity and Safety Authority, Inc., et al.
No. 24-489
(Your No. 23-10520)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is granted. The judgment is vacated, and the case is remanded to the United States Court of Appeals for the Fifth Circuit for further consideration in light of *FCC* v. *Consumers' Research*, 606 U. S. ___ (2025).

The judgment or mandate of this Court will not issue for at least thirty-two days pursuant to Rule 45. Should a petition for rehearing be filed timely, the judgment or mandate will be further stayed pending this Court's action on the petition for rehearing.

Sincerely,

*Scott S. Harris*

Scott S. Harris, Clerk

# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

July 01, 2025

Ms. Karen S. Mitchell
Northern District of Texas, Lubbock
United States District Court
1205 Texas Avenue
Room C-209
Lubbock, TX 79401

    No. 23-10520    Natl Horsemen's Benevolent v. Black
                           USDC No. 5:21-CV-71
                           USDC No. 5:23-CV-77

Dear Ms. Mitchell,

Enclosed is a copy of the Supreme Court order granting certiorari.

                           Sincerely,

                           LYLE W. CAYCE, Clerk

                           By: _____
                           Casey A. Sullivan, Deputy Clerk
                           504-310-7642

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

June 30, 2025

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

Re: Federal Trade Commission, et al.
v. National Horsemen's Benevolent and Protective Association, et al.
No. 24-429
(Your No. 23-10520)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is granted. The judgment is vacated, and the case is remanded to the United States Court of Appeals for the Fifth Circuit for further consideration in light of *FCC* v. *Consumers' Research*, 606 U. S. ___ (2025).

The judgment or mandate of this Court will not issue for at least thirty-two days pursuant to Rule 45. Should a petition for rehearing be filed timely, the judgment or mandate will be further stayed pending this Court's action on the petition for rehearing.

Sincerely,

Scott S. Harris, Clerk

# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

July 01, 2025

Ms. Karen S. Mitchell
Northern District of Texas, Lubbock
United States District Court
1205 Texas Avenue
Room C-209
Lubbock, TX 79401

    No. 23-10520   Natl Horsemen's Benevolent v. Black
                           USDC No. 5:21-CV-71
                           USDC No. 5:23-CV-77

Dear Ms. Mitchell,

Enclosed is a copy of the Supreme Court order granting certiorari.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _____
                        Casey A. Sullivan, Deputy Clerk
                        504-310-7642